```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   VERONIQUE CRENSHAW,           )   NO. CV 10-4681-R(E)
                                   )
12              Petitioner,        )
                                   )
13         v.                      )   ORDER ADOPTING FINDINGS,
                                   )
14   PEOPLE,                       )   CONCLUSIONS AND RECOMMENDATIONS
                                   )
15              Respondent.        )   OF UNITED STATES MAGISTRATE JUDGE
                                   )
16   _____ )
17
18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge.  The Court approves
21   and adopts the Magistrate Judge's Report and Recommendation.
22
23        IT IS ORDERED that Judgment be entered denying and dismissing
24   the Petition without prejudice.
25   ///
26   ///
27   ///
28   ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 29, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE